IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAR 09 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09–40–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JOHN McRAY WILLIAMS, | |
| Defendant. | |

Defendant John McRay Williams' Motion for Early Termination of Supervised Release (Doc. 32) is now before the Court. Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is not satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 32) is DENIED.

DATED this 9th day of March, 2017.

Donald W. Molloy, District Judge
United States District Court